BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
ANA MARIA MARTEL
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000
Facsimile: (559)497-4099

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:05CR00433-OWW |
| Plaintiff, | ) | |
| v. | ) | ORDER TO QUASH WRIT |
| ANTHONY HILL, | ) | OF ATTACHMENT/GARNISHMENT |
| Defendant and Judgment Debtor. | ) | |
| INTERIM PERSONNEL OF FRESNO, INC., | ) | |
| Garnishee. | ) | |

On October 19, 2010, a Writ of Attachment/Garnishment was served upon Spherion Pacific Workforce, LLC., the parent company of the Garnishee, INTERIM PERSONNEL OF FRESNO, INC.  Based upon the letter provided by Spherion in a companion Writ, the United States filed with this Court a Motion to Quash Writ of Attachment/Garnishment, and having reviewed and considered the same,

///

///

///

Order to Quash Writ
of Attachment/Garnishment

      IT IS HEREBY ORDERED that the Writ is quashed and the attachment/garnishment against Garnishee, INTERIM PERSONNEL OF FRESNO, INC., is  terminated.

IT IS SO ORDERED.


Dated: February 25, 2011.

                              /s/ OLIVER W. WANGER
                              UNITED STATES DISTRICT JUDGE

Order to Quash Writ
of Attachment/Garnishment